UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BEHRENS, *on behalf of himself and others similarly situated*, | 1:18-cv-03077-PAE |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AND OTHER RELATED RELIEF** |
| v. | |
| MLB ADVANCED MEDIA, L.P., | |
| Defendant. | |

As reflected in the accompanying "Class/Collective Action Settlement Agreement," see Doc. 37-1, the parties have agreed to settle this lawsuit on behalf of 197 putative class members for $1,275,000.00 plus any employer-side payroll taxes. Under the December 1, 2018 amendments to Federal Rule of Civil Procedure ("Civil Rule") 23, the Court "should direct notice in a reasonable manner" to all class members covered by a proposed settlement if the parties demonstrate that, at the post-notice final approval stage, the Court "will likely be able to" (i) approve the settlement under the various criteria described in amended Civil Rule 23(e)(2) and (ii) certify the settlement class. See Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii). As discussed in the accompanying memorandum, Plaintiff submits that notice of the settlement should be issued in this action because both of Civil Rule 23(e)(1)(B)'s criteria are satisfied and because the proposed notice forms and protocols constitute "the best notice that is practicable" under the criteria described in Civil Rule 23(c)(2)(B). In addition, for the reasons discussed in the accompanying memorandum and declarations, the undersigned law firms should be appointed interim class counsel pursuant to Civil Rule 23(g)(3).

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and enter


the accompanying proposed order.

Date:  January 4, 2019                        Respectfully,

/s/ Peter Winebrake
Peter Winebrake
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Marc Gelman (admitted *pro hac vice*)
James Goodley (admitted *pro hac vice*)
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 351-0613

*Plaintiff's Counsel*