UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BEHRENS, *on behalf of himself and others similarly situated*,<br><br>                    Plaintiff,<br>     v.<br><br>MLB ADVANCED MEDIA, L.P.,<br><br>                    Defendant. | 1:18-cv-03077-PAE<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND OTHER ASSOCIATED RELIEF** |

Robert Behrens ("Plaintiff") and MLB Advanced Media, L.P. ("Defendant") have settled this class/collective action lawsuit, which asserts claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). The settlement requires Defendant to pay $1,439,465 plus all employer-side payroll taxes. If approved, the settlement fund will be distributed as follows: (i) $954,465 (plus employer-side payroll taxes) will be paid to 186 class members; (ii) a $10,000 service award will be paid to Plaintiff; and (iii) $475,000 will be paid to Class Counsel to cover attorney's fees and expenses (including settlement administration expenses).

In January 2019, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to 196 employees potentially covered by the settlement, and appointing the undersigned to serve as interim class counsel. See Doc. 38. In April 2019, the Court approved a process whereby 36 additional employees were added to the settlement (in exchange for additional consideration) and provided with notice of the settlement. See Doc. 40. The notice process has now run its course, and 186 employees (called "class members") have returned claim forms expressing their desire to participate in the settlement. None on the class members object to the settlement, and the 46 employees who have not returned claim forms are

unaffected by the settlement and do not release any claims.

This matter is ripe for "final approval." The Court has set a fairness hearing for July 9, 2019, and, in anticipation of the hearing, Plaintiff files this motion, which asks the Court to enter an order:

- Certifying, pursuant to Civil Rules 23(a) and 23(b)(3), a settlement class consisting of: Plaintiff and the other 185 individuals who (i) during any week between April 6, 2012 and December 19, 2016, were employed by Defendant and underpaid through a combination of hourly and piece-rate pay and (ii) joined the settlement of this action by completing and returning a timely Settlement Claim Form;

- Approving, pursuant to Civil Rile 23(e)(2), the settlement of this action as "fair, reasonable, and adequate;"

- Approving class members' waiver of their FLSA claims;

- Approving the payment of a $10,000 service award to Plaintiff;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firms of Winebrake & Santillo, LLC and Jennings Sigmond, P.C. to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $475,000 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Class/Collective Action Settlement Agreement, Addendum to the Class/Collective Action Settlement Agreement, Declaration of Robert Hyte, Declaration of Peter Winebrake, Declaration of James Goodly, and Memorandum of Law.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: July 2, 2019                                             Respectfully,

                                                               /s/ Peter Winebrake
                                                               Peter Winebrake
                                                               Winebrake & Santillo, LLC
                                                               715 Twining Road, Suite 211

Dresher, PA 19025
(215) 884-2491

Marc Gelman (admitted *pro hac vice*)
James Goodley (admitted *pro hac vice*)
Jennings Sigmond, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 351-0613

*Plaintiff's Counsel*